UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Case No. 1:08-CR-49 Chief Judge Curtis L. Collier |
| JAMES GADDIS, | ) ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is the Government's motion to continue the date of this trial, currently set for Wednesday, November 12, 2008 (Court File No. 23). The Government indicates a key witness is scheduled to be out of state during the trial. The defense has represented it does not oppose this motion.

Under the Speedy Trial Act, the Court may grant a continuance if the ends of justice served by taking such action outweigh the interests of the defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The Court finds that at this time, the ends of justice are served by granting a continuance and outweigh any competing interests. Accordingly, the Court **GRANTS** the Government's motion, but will not grant any further motions for continuance in this case. The Court **RESETS** trial for **Monday, November 24, 2008**.

The parties shall be prepared to commence trial at 10**:00 a.m.** on the date which has been assigned. If this case is not heard at 9:00 a.m. on the date assigned, it will be held in line pending notification from the Court. Any subpoenas previously served in this matter will remain in full force and effect for the new trial date. The parties shall be responsible for notifying their witnesses of the new trial date and this Order.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**